UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOSE LUIS HERNANDEZ-RAMIREZ, | Case No. 2:15-cv-01280-MMD-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Respondent. | |

Jose Luis Hernandez-Ramirez, who is apparently incarcerated in the Henderson, Nevada, Detention Center, has submitted a petition for a writ of habeas corpus, initiating this habeas corpus action. Hernandez-Ramirez did not, however, pay the filing fee of $5.00, and he did not submit an application to proceed *in forma pauperis*. Petitioner must do one or the other before this action may proceed.

Petitioner must make the necessary arrangements at the jail where he is incarcerated to pay the $5.00 filing fee for this case, by having payment of the fee sent to the Court along with a copy of this order.

In the alternative, petitioner may file an application for leave to proceed *in forma pauperis*, including a signed financial certificate and a statement of his inmate account.

The Clerk of the Court shall send petitioner a blank *in forma pauperis* application form for incarcerated litigants, along with two (2) copies of this order.

Petitioner shall have thirty (30) days from the date of entry of this order to comply with it. Failure to comply with this order will result in dismissal of this action.

1 | It is so ordered.

2 | DATED THIS 13th day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE