UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE LUIS HERNANDEZ-RAMIREZ, | Case No. 2:15-cv-01280-MMD-VCF |
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Respondent. | |

This action is a petition for a writ of habeas corpus by Jose Luis Hernandez-Ramirez, who is incarcerated in the Henderson, Nevada, Detention Center.

In an order entered July 27, 2015 (dkt. no. 4), the Court stated that it had reviewed Hernandez-Ramirez's petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and found that the petition does not state a potentially meritorious claim for habeas corpus relief and is subject to dismissal. The Court granted Hernandez-Ramirez forty-five (45) days — until September 10, 2015 — to show cause why this action should not be dismissed. The Court ordered that if Hernandez-Ramirez did not respond to the July 27, 2015, order within the time allowed, or if he otherwise failed to make the required showing, this action would be dismissed. Hernandez-Ramirez did not respond.

It is therefore ordered that, for the reasons stated in the order of this Court entered July 27, 2015 (dkt. no. 4), this action is dismissed.

It is further ordered that the petitioner is denied a certificate of appealability.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 15th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE